AMELIA PETERS et al., Respondents, *v.* WILLIAM H.
PETERS et al., Defendants.
In the Matter of ASA L. CARTER, an Attorney, Appellant.

*Peters* v. *Peters* (*In re Carter*), 153 App. Div. 901, affirmed.
(Argued June 5, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 29, 1912, which affirmed an order of Special
Term directing the appellant herein to pay over certain
moneys.

*M. L. Stover, Frank Sullivan Smith* and *Asa L.
Carter* for appellant.

*Francis S. Carmody* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT,
HISCOCK, CHASE, HOGAN and MILLER, JJ.